LAURA D. SMOLOWE (SBN 263012)
lsmolowe@akingump.com
COREY WHITT (SBN 356554)
cwhitt@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Tel:    310.229.1000
Fax:    310.229.1001

ASHLEY VINSON CRAWFORD (SBN 257246)
avcrawford@akingump.com
DANIELLE CROCKETT GINTY (SBN 261809)
dginty@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
100 Pine Street, Suite 3200
San Francisco, CA 94111
Tel:    415.765.9500
Fax:    415.765.9501

Attorneys for Defendant
FANTASIA TRADING LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DAVID HSU AND ISHWINDER SINGH *individually and on behalf of all others similarly situated,*<br><br>                          Plaintiffs,<br><br>     vs.<br><br>FANTASIA TRADING LLC,<br><br>                          Defendant. | Case No. 4:26-cv-01874-HSG<br><br>**ORDER GRANTING REVISED STIPULATION EXTENDING DEADLINE FOR FANTASIA TRADING LLC'S RESPONSE TO CLASS ACTION COMPLAINT AND RELATED BRIEFING SCHEDULE**<br><br>Date Action Filed:     March 04, 2026 |

Having reviewed and considered the Revised Stipulation Extending Deadline for Fantasia Trading LLC's Response to Class Action Complaint and Related Briefing Schedule, and upon good cause shown, it is hereby **ORDERED** that:

1.    Defendant's deadline to answer or otherwise respond to the Complaint is hereby extended to and including June 1, 2026;

2.    Plaintiffs shall have 60 days to respond to any motion filed by Defendant in response to the Complaint, which shall be due by July 31, 2026; and

3.    Defendant shall have 31 days to file a reply in support of any motion it files in response to the Complaint, which shall be due by August 31, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:        4/3/2026

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING REVISED STIPULATION EXTENDING TIME TO RESPOND TO
CLASS ACTION COMPLAINT AND RELATED BRIEFING SCHEDULE          Case No. 4:26-cv-01874-HSG