LAURA D. SMOLOWE (SBN 263012)
lsmolowe@akingump.com
COREY WHITT (SBN 356554)
cwhitt@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Tel:    310.229.1000
Fax:    310.229.1001

ASHLEY VINSON CRAWFORD (SBN 257246)
avcrawford@akingump.com
DANIELLE CROCKETT GINTY (SBN 261809)
dginty@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
100 Pine Street, Suite 3200
San Francisco, CA 94111
Tel:    415.765.9500
Fax:    415.765.9501

Attorneys for Defendant
FANTASIA TRADING LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DAVID HSU AND ISHWINDER SINGH *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> FANTASIA TRADING LLC, <br><br> Defendant. | Case No. 4:26-cv-01874-HSG <br><br> **ORDER RE: JOINT STIPULATION REGARDING RESCHEDULING OF JUNE 23, 2026 CASE MANAGEMENT CONFERENCE (as modified)** <br><br> Date Action Filed:    March 04, 2026 |

On May 22, 2026, Plaintiffs David Hsu and Ishwinder Singh ("Plaintiffs") and Defendant Fantasia Trading LLC ("Fantasia") (collectively, the "Parties"), by and through their counsel of record, stipulated and agreed to the Joint Stipulation Regarding Rescheduling of the June 23, 2026 Case Management Conference (the "Joint Stipulation").  Having read and considered the Joint Stipulation, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Case Management Conference scheduled for June 23, 2026 at 2:00 p.m. is hereby **VACATED**; and

2. The Case Management Conference is rescheduled via zoom for July 28, 2026 at 2:00 p.m. The information and instructions remain the same as previously provided in docket no. 11;

3. The Parties shall file a Joint Case Management Statement on or before July 21st.

**IT IS SO ORDERED.**

Date:   5/26/2026

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

2

ORDER RE: JOINT STIPULATION REGARDING RESCHEDULING OF JUNE 23, 2026 CASE MANAGEMENT CONFERENCE

Case No. 4:26-cv-01874-HSG