**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

DAVID HSU AND ISHWINDER SINGH *individually and on behalf of all others similarly situated,*

Plaintiffs,

vs.

FANTASIA TRADING LLC,

Defendant.

Case No. 4:26-cv-01874-HSG

**ORDER GRANTING STIPULATION AND REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE RELATED TO FANTASIA TRADING LLC'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

Date Action Filed: March 04, 2026

Having reviewed and considered the Stipulation and Re uest for Order Modifying Briefing Schedule Related to Fantasia Trading LLC's Motion to Dismiss Class Action Complaint, and upon good cause shown, it is hereby **ORDERED** that:

1. Plaintiffs' deadline to respond to Defendant's Motion to Dismiss the Complaint shall be August 14, 2026; and

2. Defendant's deadline to file a reply in support of Defendant's Motion to Dismiss the Complaint shall be September 14, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 7/30/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE