**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DAVID HSU AND ISHWINDER SINGH *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>FANTASIA TRADING LLC,<br><br>Defendant. | Case No. 4:26-cv-01874-HSG<br><br>**ORDER GRANTING STIPULATION AND REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE RELATED TO FANTASIA TRADING LLC'S MOTION TO DISMISS CLASS ACTION COMPLAINT (as modified)**<br><br>Date Action Filed: March 04, 2026 |

Having reviewed and considered the Stipulation and Request for Order Modifying Briefing Schedule Related to Fantasia Trading LLC's Motion to Dismiss Class Action Complaint, and upon good cause shown, it is hereby **ORDERED** that:

1. Plaintiffs' deadline to respond to Defendant's Motion to Dismiss the Complaint shall be September 4, 2026;

2. Defendant's deadline to file a reply in support of Defendant's Motion to Dismiss the Complaint shall be October 12, 2026;

3. The hearing on the Defendant's Motion to Dismiss the Complaint and the Case Management Conference shall be continued to November 5, 2026 at 2:00 p.m. in courtroom 2, 4th fl.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/13/2026

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE